No. 24-30237

# In the United States Court of Appeals for the Fifth Circuit

ANTHONY ALLEN,
*Plaintiff,*

JOHN L. WEIMER; GREG CHAMPAGNE; CRAIG WEBRE; MIKE TREGRE,
*Intervenors-Appellees*

v.

STATE OF LOUISIANA; R. KYLE ARDOIN, SECRETARY OF STATE OF
LOUISIANA IN HIS OFFICIAL CAPACITY,
*Defendants-Appellants*

—————————————

On Appeal from the United States District Court
for the Middle District of Louisiana
19-cv-479

—————————————

## STIPULATION OF VOLUNTARY DISMISSAL

—————————————

It is hereby stipulated and agreed by and among the undersigned parties that the appeal of Defendants-Appellants in the above-captioned matter is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1). Each party shall bear its own fees and costs.

1

Respectfully submitted,

Dated:    August 19, 2024

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA
Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for Defendant-Appellant*
*State of Louisiana*

*/s/ John C. Walsh*
JOHN C. WALSH (LA 24903)
JEFFREY K. CODY (LA 28536)
CAROLINE M. TOMENY (LA 34120)

SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4425
Baton Rouge, LA 70821
(225) 346-1461
john@scwllp.com
jeffrey@scwllp.com
caroline@scwllp.com

*Counsel for Defendant-Appellant*
*R. Kyle Ardoin, Secretary of*
*State of Louisiana in His*
*Official Capacity*

*/s/ Richard C. Stanley*
RICHARD C. STANLEY
KATHRYN W. MUNSON
JOHN P. D'AVELLO

STANLEY REUTER THORNTON
ALFORD LLC
909 Poydras St., Suite 2500
New Orleans, LA 70112
(504) 523-1580
rcs@stanleyreuter.com

*Counsel for Intervenors-Appellees*